MICHAEL A. PAINTER, Bar #43600
painter@ikplaw.com
ISAACMAN, KAUFMAN & PAINTER
8484 Wilshire Boulevard, Suite 850
Beverly Hills, California 90211
(323) 782-7700 - Telephone
(323) 782-7744 - Facsimile

Attorneys for Plaintiff,
MURAD, INC.

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURAD, INC., a California corporation,<br><br>Plaintiff,<br><br>v s.<br><br>BOOTS RETAIL USA, INC., a Delaware corporation; and DOES I - X, Inclusive,<br><br>Defendants. | CASE NO. CV09-0246-GAF(VBKx)<br><br>ORDER RE FINAL JUDGMENT UPON CONSENT |

Based upon the Stipulated Final Judgment Upon Consent entered into by the parties,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.   This Court shall retain jurisdiction over the subject matter and the parties hereto for the limited purpose of enforcing this Stipulated Final Judgment Upon Consent.

MAP-MURAD-1782

JS - 6

2. Plaintiff, MURAD, INC. has registered the mark PERFECTING SERUM on the Supplemental Register and has certain rights as a result thereof.

3. Without any admission of liability and effective as of August 1, 2009, BOOTS RETAIL USA, INC. ("BOOTS"), and its agents, employees, attorneys, affiliates, successors and all parties acting in concert or participation with them, or any of them, be and hereby are permanently enjoined and restrained from:

(a) Continuing to advertise, offer for sale, sell and/or promote the sale of BOOTS' current line of skin beauty treatment (No7 Refine & Rewind) in the United States through the use on that product line of the names INTENSE PERFECTING SERUM, or any name that includes PERFECTING SERUM;

(b) Committing any acts calculated by BOOTS to cause purchasers to believe BOOTS' current line of skin beauty treatment is sold under the control and supervision of plaintiff or sponsored or approved by or connected with or guaranteed by or produced under the control and supervision of plaintiff.

4. Notwithstanding anything set forth herein to the contrary, the customers of BOOTS shall have the right to sell goods designated by BOOTS as INTENSE PERFECTING SERUM that are in BOOTS' customers' inventories as of July 31, 2009.

5. Each party shall bear its own costs.

Dated: March 2, 2009

_____
UNITED STATES DISTRICT JUDGE